**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1569**

---

GARY LEE JOHNSON,

       Debtor - Appellant,

    v.

BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF VIRGINIA,

       Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Thomas T. Cullen, District Judge.  (4:24-mc-00001-TTC)

---

Submitted:  July 24, 2025                  Decided:  July 28, 2025

---

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gary Lee Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Lee Johnson appeals from the district court's order denying his motion for leave to file an interlocutory appeal from the bankruptcy court's order rescheduling a hearing in his bankruptcy case.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.[*] *Johnson v. Bankr. Ct. for the W. Dist. of Va.,* No. 4:24-mc-00001-TTC (W.D. Va. filed Apr. 25, 2024; entered Apr. 26, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent that Johnson seeks to challenge the bankruptcy court's order dismissing his case, we lack jurisdiction to consider that order.  *See* 28 U.S.C. § 158(c)(2); Fed. R. Bankr. P. 8002(a).